**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Thomas L. Bloodsaw, Appellant.

Appellate Case No. 2013-000643

———————

Appeal From Richland County
R. Knox McMahon, Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-002
Submitted November 1, 2014 – Filed January 7, 2015

———————

**APPEAL DISMISSED**

———————

Austin Howell Crosby, of Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A., of Hampton, Chief Appellate Defender Robert Michael Dudek, of Columbia, and Thomas L. Bloodsaw, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.